IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Southern Division)

| | |
|---|---|
| **TANGINIKA C.L. GORHAM**<br><br>    **Plaintiff,**<br><br> v.<br><br>**REGENCY MANAGEMENT SERVICES, LLC, REGENCY FURNITURE, INC., AND MID-ATLANTIC WAREHOUSE SERVICES, INC.**<br><br>    **Defendants.** | Case No.  8:15-cv-03129-GJH |

## DISCLOSURE OF COPORATE AFFILIATION AND
## FINANACIAL INTEREST PURSUANT TO LOCAL RULE 103.3

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 103.3 of the United States District Court for the District of Maryland, Defendants Regency Management Services, LLC, Regency Furniture, Inc., Mid-Atlantic Warehouse Services, Inc., and Abdul Ayyad submit this Disclosure of Corporate Affiliation and Financial Interest and state as follows:

  1. Defendants are not owned by a parent corporation.  Defendants are privately owned entities and are not publicly traded.

  2. No other corporation, unincorporated association, partnership or other business entity, not a party to this case, has a financial interest in the outcome of this litigation.

- 2 -

Respectfully submitted this 22nd day of October, 2015.

                                          /s/   Kara Maciel

                                        Kara M. Maciel, Esq. (# 477363)
                                        Conn Maciel Carey PLLC
                                        5335 Wisconsin Avenue, NW
                                        Suite 660
                                        Washington, DC 20015
                                        Telephone: (202) 909-2730
                                        E-mail: kmaciel@connmaciel.com

                                        *Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 22, 2015 a true and correct copy of the foregoing Corporate Disclosure Statement was served by electronic service using the Court's CM/ECF system on:

Isaac Conver
Legal Aid Bureau, Inc.
6811 Kenilworth Avenue, Suite 500
Riverdale, MD 20737
(301) 560-2161
lconver@mdlab.org
Attorney for Plaintiff


/s/   Kara Maciel

Kara M. Maciel
Conn Maciel Carey PLLC
5335 Wisconsin Avenue, NW
Suite 660
Washington, DC  20015